**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE FARBER, Esq., Esq. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>        Plaintiff,<br>.<br>v.<br><br>THE INN AT SCHOOLHOUSE CREEK; SIMPLY GREEN, INC.; PETER P. BLASKO; PETER B. BLASKO TRUST; DOE TRUSTS 1 through 5; DOE TRUSTS 6 through 10; STEVEN LYNCH MUSSER; JOANNE A. TYBINK; STEVEN MUSSER; MAUREEN GILBERT; and DOES 11 THROUGH 50, Inclusive,<br><br>        Defendants.<br>_____ / | CASE NO. 3:10-cv-01056-~~EMC~~  MMC<br>Civil Rights<br><br>**LIMITED REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS PETER P. BLASKO; PETER B. BLASKO TRUST; and JOANNE A. TYBINK;** ~~[Proposed]~~ **ORDER** |

Defendants PETER P. BLASKO of the PETER B. BLASKO TRUST and JOANNE A. TYBINK have each represented in writing that they are not involved in any manner in the ownership, operation and/or lease of the subject property, and that the Assessor's Parcel Record, which lists them as co-owners of the subject property address, is in error. Accordingly, plaintiff requests the voluntary dismissal without prejudice of defendants PETER P. BLASKO; PETER

////

---

**Limited Request for Dismissal Without Prejudice:**
**Case No. 3:10-cv-01056-EMC**

1  B. BLASKO TRUST; and JOANNE A. TYBINK.

3  Dated: April 15, 2010           THIMESCH LAW OFFICES
                                   TIMOTHY S. THIMESCH

                                   /s/ Tim Thimesch
                                   _____
                                   Attorneys for Plaintiff
                                   JEAN RIKER

                                   ORDER

10  SO ORDERED.

12  DATED: __May 10, 2010_____    /s/ Maxine M. Chesney
                                      ~~EDWARD . CHEN~~
                                      ~~Magistrate Judge of U.S. District Court~~
                                      MAXINE M. CHESNEY
                                      United States District Judge

---

**Limited Request for Dismissal Without Prejudice:**
**Case No. 3:10-cv-01056-EMC**                                  — 2 —