IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | No. C-10-1056 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF ANSWER** |
| v. | |
| THE INN AT SCHOOLHOUSE CREEK, et al., | |
| Defendants. | |

On May 6, 2010, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendants Simply Green, Inc., Stephen Lynch Musser, and Maureen Gilbert to submit forthwith a chambers copy of their answer, filed April 14, 2010.[1]

**IT IS SO ORDERED.**

Dated: May 10, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court has received a chambers copy of all other filed documents.