IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEAN RIKER,                                No. C-10-1056 MMC

       Plaintiff,                        **ORDER DIRECTING PARTIES TO SUBMIT COPY OF SETTLEMENT AGREEMENT**

   v.

THE INN AT SCHOOLHOUSE CREEK, et al.,

       Defendants.
                                                       /

        Before the Court is the parties' Request for Dismissal with Prejudice and with Retained Jurisdiction to Interpret and Enforce Settlement Agreement, filed August 7, 2010.

        In said filing, the parties represent that they have entered into a written settlement agreement and request the Court retain jurisdiction over the instant action for purposes of interpreting and enforcing the agreement. The parties, however, have not submitted a copy of the settlement agreement and, in the absence thereof, the Court declines to retain jurisdiction for the purposes proposed.

        Accordingly, the parties are hereby DIRECTED to submit, no later than August 20, 2010, a copy of the settlement agreement.

        **IT IS SO ORDERED.**

Dated: August 9, 2010

                                                             MAXINE M. CHESNEY
                                                             United States District Judge