**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE FARBER, Esq., Esq. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INN AT SCHOOLHOUSE CREEK; SIMPLY GREEN, INC.; PETER P. BLASKO; PETER B. BLASKO TRUST; DOE TRUSTS 1 through 5; DOE TRUSTS 6 through 10; STEVEN LYNCH MUSSER; JOANNE A. TYBINK; STEVEN MUSSER; MAUREEN GILBERT; and DOES 11 THROUGH 50, Inclusive,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 3:10-cv-01056-MMC<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE AND WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE SETTLEMENT AGREEMENT; [Proposed] ORDER** |

　　　　The parties are pleased to report that they have reached a complete settlement in all respects, including plaintiff's claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation expenses and costs. The parties have now memorialized the settlement through written agreement.

　　　　Therefore, the parties request that this Court dismiss the action with prejudice, and that the

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction:**
**Case No. 3:10-cv-01056-MMC**

1  Court maintain continuing jurisdiction to interpret and enforce the settlement agreement.

3  Dated: August 7, 2010          THIMESCH LAW OFFICES
                                  TIMOTHY S. THIMESCH, ESQ.
4                                 GENE FARBER, ESQ. – Of Counsel

5                                 /S/ Signature Authorized
                                  Attorneys for Plaintiff
6                                 JEAN RIKER

7  **APPROVED AS TO FORM:**

8  Dated: August 7, 2010          JEFFER, MANGELS, BUTLER & MARMARO LLP
                                  MARTIN H. ORLICK, ESQ.
9                                 MATTHEW S. KENEFICK, ESQ.

10                                /S/ Signature Authorized
                                  Attorneys for Defendant
11                                SIMPLY GREEN, INC.; STEVEN LYNCH MUSSER; and
                                  MAUREEN GILBERT

13                                **ORDER**

14  SO ORDERED.

16  Dated: August 27, 2010

                                  HON. MAXINE M. CHESNEY
                                  JUDGE OF U.S. DISTRICT COURT

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction:**
**Case No. 3:10-cv-01056-MMC**

— 2 —