1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MARTIN H. ORLICK (Bar No. 083908), MHO@jmbm.com
2  MATTHEW S. KENEFICK (Bar No. 227298), MSK@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendants SIMPLY GREEN, INC, a California
   corporation; STEVEN LYNCH MUSSER and MAUREEN
6  GILBERT

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 | JEAN RIKER,                                    | CASE NO.    CV 10 1056 EMC
11 |         Plaintiff,                             | **DEFENDANTS' UNOPPOSED MOTION FOR AN ORDER ALLOWING THE CONFIDENTIAL SETTLEMENT TO BE FILED UNDER SEAL;** ~~PROPOSED~~ **ORDER**
12 |    v.                                          |
13 | THE INN AT SCHOOLHOUSE CREEK;                  |
   | SIMPLY GREEN, INC.; PETER P. BLASKO;           |
14 | PETER P. BLASKO TRUST; DOE TRUSTS 1            |
   | through 5; DOES TRUSTS 6 through 10;           |
15 | STEVEN LYNCH MUSSER; JOANNE                    |
   | A.TYBINK; STEVEN MUSSER; MAUREEN               |
16 | GILBERT; and DOES 11 THROUGH 50,               |
   | Inclusive,                                     |
17 |                                                | Complaint filed:    March 12, 2010
   |         Defendants.                            | Trial date:         none set
18

19         The parties are pleased to report that they reached a complete settlement in all

20 respects, including Plaintiff's claims for injunctive relief, statutory damages, and reasonable statutory

21 attorney fees, litigation expenses and costs.  The parties have now memorialized the settlement

22 through a Confidential Settlement Agreement.  The Settlement Agreement contemplates that the

23 Court will retain jurisdiction of the case under General Order 56 for enforcement and interpretation.

24 The parties request that the Court permit the Confidential Settlement Agreement be filed with the

25 Court under seal.

26         **[PROPOSED] ORDER ALLOWING PARTIES TO FILE CONFIDENTIAL**

27 **SETTLEMENT AGREEMENT UNDER SEAL**

28         The parties have reached a complete settlement in all respects, including Plaintiff's

1031436v1
                                    -1-                MOTION FOR ORDER

1 claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation

2 expenses and costs.  The parties have now memorialized the settlement through a Confidential

3 Settlement Agreement.  The parties request that the Court permit the Confidential Settlement

4 Agreement be filed with the Court under seal.

5   DATED: August 19, 2010          JEFFER MANGELS BUTLER & MITCHELL LLP
                                    MARTIN H. ORLICK
6                                   MATTHEW S. KENEFICK

7

8
                                    By: /s/ Martin H. Orlick
9                                        MARTIN H. ORLICK
                                    Attorneys for Defendants SIMPLY GREEN, INC, a
10                                  California corporation; STEVEN LYNCH MUSSER
                                    and MAUREEN GILBERT
11

12 **APPROVED AS TO FORM AND CONTENT:**

13   DATED: August 19, 2010          THIMESCH LAW OFFICES
                                     TIMOTHY S. THIMESCH
14                                   GENE FARBER

15

16                                   By: /s/ Signature Authorized
                                     Attorneys for Plaintiff JEAN RIKER
17

18         Pursuant to Federal Rules of Civil Procedure, Rule 26 (c), and by agreement of

19 counsel hereto,

20         **IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

21         1.     Plaintiff Jean Riker filed this action on March 12, 2010, by Agreement of the

22 parties, this Action has been settled in all respects.  The parties have agreed to request the Court

23 retain jurisdiction to enforce the settlement under General Order 56.

24         2.     This litigation concerns  disabled access claims .  The Settlement  Agreement

25 is confidential and the parties have not previously disclosed its terms to the public.

26         3.     Plaintiff does not oppose this motion to filing the Settlement Agreement

27 under seal. On August 1, 2010, plaintiff submitted Plaintiff's Request for Dismissal With Prejudice

28 and with Retained Jurisdiction to Interpret and Enforce Settlement Agreement. [Proposed Order].

1  (Dkt 18].

2          4.     On August 9, 2010, the Court entered its Order Directing Parties to Submit a

3  Copy of Settlement Agreement by August 20, 2010.

4          5.     The parties request the Court maintain continuing jurisdiction to Interpret and

5  Enforce the Settlement Agreement.

## ORDER

1. The motion to file under seal is hereby DENIED as moot; by its Order of August 9, 2010, the Court required the parties to submit the settlement but did not require that it be filed.

2. The request for continuing jurisdiction has been granted by separate order filed concurrently herewith.

DATED:  August 27, 2010

_____
HONORABLE MAXINE M. CHESNEY
JUDGE OF U.S. DISTRICT COURT